May 18, 09



Dear Honorable Judge Bernard Zimmerman,

I Dewayne O. Byrd would like to request an extension of time to file lawsuit Dewayne Byrd V. Phoenix Academy case# C0 09-1521-BZ until 6/5/09

The extension is necessary because, I am still seeking legal assistance to ensure all inconsistencies and deficiencies are corrected. I'm also, seeking employment to help pay for legal assistance.

Thank you for your time and consideration.

/Dewayne Byrd

**GRANTED**
Judge Bernard Zimmerman

DATED: 5/21/2009