UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEWAYNE O. BYRD, | ) | |
| Plaintiff, | ) | No. C 09-1521 BZ |
| v. | ) | |
| PHOENIX ACADEMY OF AUSTIN, | ) | **ORDER REASSIGNING CASE TO A DISTRICT COURT JUDGE** |
| Defendant. | ) | |

In view of my Recommendation to Dismiss dated June 25, 2009, the clerk shall **REASSIGN** this case immediately to a United States District Court Judge.

Dated: June 25, 2009

_Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BYRD V. PHOENIX ACADEMY\REASSIGNMENT ORDER.wpd

1