**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEWAYNE O. BYRD,

    Plaintiff,                       No. 09-01521 JSW

  v.

PHOENIX ACADEMY OF AUSTIN,

    Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS**

       This matter comes before the Court upon consideration of the Report and Recommendation issued by Magistrate Judge Zimmerman that this case be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) because Plaintiff has failed to allege facts demonstrating this Court has jurisdiction over the Defendant. The time for filing objections has passed, and the Court has received no objection from Plaintiff.

       The Court finds the Recommendation well reasoned and adopts it in every respect. Accordingly, this matter is hereby dismissed. A separate judgment shall enter, and the Clerk is directed to close the file.

       **IT IS SO ORDERED.**

Dated: July 27, 2009

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE O. BYRD,<br><br>        Plaintiff,<br><br>  v.<br><br>PHOENIX ACADEMY et al,<br><br>        Defendant.<br>_____/ | Case Number: CV09-01521 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dewayne O. Byrd
101 Hyde Street
San Francisco, CA 94102

Dated: July 27, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk